UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:24-mj-04509 |
| v. | ) | |
| | ) | |
| THERESA RIDDLE | ) | |

## MOTION TO DISMISS COMPLAINT

The United States of America, through Robert E. McGuire, Acting United States Attorney for the Middle District of Tennessee, and Assistant United States Attorney, Juliet Aldridge, respectfully moves this Honorable Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the complaint filed as Case No. 3:24-mj-04509 against defendant Theresa Riddle. The United States does not intend to pursue the charge of escape at this time.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney

By: *s/ Juliet Aldridge*
Juliet Aldridge
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151